THE FOXON CONCRETE COMPANY *v.* THE HARTFORD
ACCIDENT AND INDEMNITY COMPANY

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is granted.

*Philip R. Shiff,* for the appellee (defendant).

*Joseph Shelnitz,* for the appellant (plaintiff).

Argued January 6—decided January 6, 1970

THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY
*v.* LEON M. ROSENBERG ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Arthur H. Latimer,* with whom was *Donald F. Keefe,* for the appellee (plaintiff).

*William B. Ramsey,* assistant corporation counsel, for the appellants (defendants).